## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MARCO & MARTHA GONZALEZ**,

*Plaintiff*

v.

**WRIGHT MANUFACTURING, INC.**,

*Defendant*

**Case No. 5:18-cv-03179-JDW**

## ORDER

**AND NOW,** this 17th day of October, 2019, pursuant to this Court's Third Amended Scheduling Order (ECF No. 23) requiring that motions *in limine* be filed no later than September 11, 2019, the Court hereby **STRIKES** as untimely the following motions:

1.      Plaintiffs' Motion *In Limine* to Preclude Defendant's Experts from Referencing the Seven Second Blade-Stop Standard Contained In ANSI/OPEI B71.4 (ECF No. 49); and

2.      Plaintiffs' Motion *In Limine* to Preclude Defendant From Referencing or Presenting Any Evidence of the Immigration or Residency Status of Plaintiff Marco Gonzalez (ECF No. 52).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.