# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCO GONZALEZ and MARTHA GONZALEZ,**<br><br>*Plaintiffs*,<br>v.<br><br>**WRIGHT MANUFACTURING, INC. d/b/a WRIGHT d/b/a WRIGHT MANUFACTURING,**<br><br>*Defendant*. | Case No. 5:18-cv-03179-JDW |

### ORDER

**AND NOW**, this 23rd day of October, 2020, upon consideration of Defendant Wright Manufacturing, Inc.'s Motion for Clarification of the Court's September 30, 2020 Order (ECF No. 78) and Plaintiffs' Response (ECF No. 79), the Motion for Clarification is **DENIED**. The Court will consider questions of whether and how to address Mr. Gonzalez's immigration status at the final pretrial conference.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.